UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                               Criminal No. 09-cr-122-04-JD

<u>Zachary Patten</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 61) filed by defendant Patten is granted; the continuance is limited to 90 days. Trial is also continued as to all co-defendants unless an objection is filed by August 12, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

Date: August 6, 2009

cc:   Jonathan Saxe, Esq.
      Peter Papps, Esq.
      U.S. Marshal
      U.S. Probation