UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-122-04-JD

<u>Zachary Patten</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 72) filed by defendant is granted; Trial is continued as to all defendants in this case to the two-week period beginning January 5, 2010, 9:30 AM.

Defendant Patten shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             **/s/ Joseph A. DiClerico, Jr.**
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date:  December 4, 2009

cc:  Peter Papps, Esq.
     Jonathan Saxe, Esq.
     Kevin Sharkey, Esq.
     Andrew Schulman, Esq.
     Matthew Stachowske, Esq.
     David Ruoff, Esq.
     Douglas Miller, Esq.
     Donald Kennedy, Esq.
     Andrew Kennedy, Esq.
     U.S. Marshal
     U.S. Probation